1  STUART HANLON, SBN: 66104
   TAMBURELLO & HANLON
2  179 - 11th Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorney for Defendant
   MICHAEL OHAYON
5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA        ) No.   CR10-105CRB
9                                  )
              Plaintiff,            ) [PROPOSED] ORDER RE MODIFICATION
10                                 ) OF PRETRIAL RELEASE CONDITIONS
      v.                            )
11                                 )
                                    )
12 MICHAEL OHAYON                   )
                                    )
13            Defendant.            )
                                    )
14 _____ )

15
       GOOD CAUSE HAVING BEEN SHOWN,
16
       **IT IS HEREBY ORDERED** that Mr. Ohayon, while on pretrial
17
   release, be allowed to travel for purposes of a family vacation
18
   from San Francisco, California to South Lake Tahoe and Reno,
19
   Nevada, from April 19 through April 22, 2012.
20
       All other conditions of pretrial release remain the same.
21

22 Dated:   April 16, 2012
23                                    _____
                                      CHIEF MAGISTRATE MARIA-ELENA JAMES
24                                    UNITED STATES DISTRICT COURT

25

26

27

28 *Ohayon: Request for Modification of Pretrial Release Conditions*                    3