IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL OHAYON,<br><br>　　　　Defendant._____/ | No. CR 10-00105 CRB<br><br>**ORDER DENYING MOTION FOR ORDER AND INSTRUCTIONS FOR UNITED STATES PROBATION OFFICER TO AMEND THE PRESENTENCE INVESTIGATION REPORT** |

　　　Defendant Michael Ohayon has filed a Motion for Order and Instructions for United States Probation Officer to Amend the Presentence Investigation Report (dkt. 276).  This Motion is DENIED.  The Presentence Investigation Report requires no amendment.  See paragraph 62.

　　　**IT IS SO ORDERED.**

Dated: December 16, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\105\order re amend PSR.wpd