IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 10-00105 CRB |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| MICHAEL OHAYON, | |
| Defendant. / | |

Defendant's Motion for Reconsideration (dkt. 278) is DENIED.

**IT IS SO ORDERED.**

Dated: January 6, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\105\order re reconsideration.wpd