IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>DAVID PAPERA,<br>　　　　Defendant.　　　　　　　　／ | No. CR 10-00105 CRB<br><br>**ORDER TO SHOW CAUSE** |

　　　Defendant David Papera has filed a motion to correct his sentence pursuant to 28 U.S.C. § 2255(f)(4).  See Petition (dkt. 282).  Good cause appearing therefor, the Government is hereby ORDERED to file an answer to Defendant's motion by September 25, 2015.  If Defendant wishes to respond to that answer, he shall file a traverse with the Court and serve it on respondent within 30 days of his receipt of the answer.

　　　**IT IS SO ORDERED.**

Dated: April 13, 2015

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\105\osc.wpd